**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:19-cv-548-GCM**

| | |
|---|---|
| **DESIREE L. GALBREITH,** ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **OMNI HOTELS MANAGEMENT** ) | |
| **CORPORATION, d/b/a OMNI** ) | |
| **CHARLOTTE HOTEL, and** ) | |
| **DOUGLAS HUSTAD,** ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Jeniffer Barall,** filed November 1, 2019 (Doc. No. 4).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Ms. Barall is admitted to appear before this court *pro hac vice* on behalf of Defendants, Omni Hotels Management Corporation, d/b/a Omni Charlotte Hotel, and Douglas Hustad.

**IT IS SO ORDERED.**

Signed: November 19, 2019

Graham C. Mullen
United States District Judge