IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-548-GCM

| DESIREE L. GALBREITH, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| OMNI HOTELS MANAGEMENT CORPORATION, DOUGLAS HUSTAD, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Defendant Omni Hotels Management Corporation's ("Defendant") Motion to Compel Arbitration and Dismiss, or, in the Alternative, Stay Plaintiff's Claims (Doc. No. 6). Plaintiff's Response was due November 15, 2019. To date, Plaintiff—who is represented by counsel—has not responded. Thus, the Court concludes that Plaintiff does not resist arbitration in accordance with the arbitration agreement executed between Plaintiff and Defendant. The parties shall proceed to arbitration within 30 days and notify the Court both when arbitration has been commenced and completed. Accordingly, this case is hereby **STAYED**.

**SO ORDERED**.

Signed: August 31, 2020

Graham C. Mullen
United States District Judge